UNITED STATES of America, Plaintiff–Appellee,

v.

Vernal Shawn BAKER, Defendant–Appellant.

No. 08–7440.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 21, 2008.

Decided Oct. 29, 2008.

Vernal Shawn Baker, Appellant Pro Se. Miller A. Bushong, III, Office of the United States Attorney, Beckley, West Virginia; John J. Frail, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vernal Shawn Baker appeals the district court's order denying his motion to reduce sentence pursuant to U.S.C.A. § 3582(c)(2) (West 2000 & Supp.2008). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Baker,* No. 5:03–cr–00094–01 (S.D.W.Va. July 23, 2008). We dispense with oral argument because the facts and

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*